AARON D. FORD
  Attorney General
WILLIAM P. SHOGREN, Bar No. 14619
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: wshogren@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY DALE MCCASKILL, | Case No. 3:21-cv-00312-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

    Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Jeremy Dale McCaskill, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

Page 1

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

4  DATED this 1st day of ~~October~~ November, 2022.    DATED this 28th day of November, 2022.

AARON D. FORD
Attorney General

/s/ Jeremy McCaskill                     By: /s/ William P. Shogren
JEREMY DALE MCCASKILL #76726             William P. Shogren, (Bar No. 14619)
Plaintiff, Pro Se                        Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  November 28 , 2022.

_____
UNITED STATES DISTRICT JUDGE

Page 2